454

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALLY BARON v. MILDRED TEITELBAUM, MAX TEITELBAUM and ESTHER TEITELBAUM.— Motion for an enlargement of time granted, insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including December 21, 1960, with notice of argument for the Non-Enumerated Calendar for the first day of the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Rabin, Stevens and Eager, JJ.

In the Matter of the Arbitration between COLONIAL SAND & STONE CO., INC., and LOCAL UNION NO. 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

NEW YORK PLUMBERS SPECIALTIES COMPANY INC., v. COLUMBIA CASUALTY COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. The appellant's time to serve its amended answer is hereby extended until 20 days after service upon appellant's attorney of a copy of the order of this court determining the appeal, with notice of entry. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

MURRAY FLUG v. ASCHLEE REALTY CORP. et al.— Motion for an order adding the appeal to the November 1960 Term Enumerated Calendar of this court denied, with $10 costs. Concur— Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

IRVING F. KRAUSE v. CHEMICAL BANK NEW YORK TRUST CO. et al.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered on September 29, 1960, is modified accordingly. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

SAMUEL J. MARTIN et al. v. GREGORY PECK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Bastow, JJ.

TERRACE COURT REALTY, INC., v. FIFTH AVENUE REALTY CORP. et al.— Motion for an order reinstating the *lis pendens* denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

SYLVIA ALBERT v. SIDNEY J. ALBERT et al.— Motion for a stay granted without prejudice, however, to the right of the plaintiff-respondent to move to dismiss the appeal on the hearing thereof. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. LARDARELLO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAN, JR. ('C) THE PEOPLE OF THE STATE OF NEW YORK v. CHRIS PETERS. (D) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN S. SCOPAS and JACOB COHEN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN S. SCOPAS.— [In each appeal.] Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.